**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James Jones                                                      CHAPTER 13
Deanne Jones
            Debtor(s)                          BKY. NO. 18-21950 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ *Brian C. Nicholas*
                               Brian Nicholas
                               20 Nov 2020, 13:20:20, EST

                               Brian C. Nicholas, Esq. (317240) ☑
                               Maria D. Miksich, Esq. (319383) ☐
                               Rebecca A. Solarz, Esq. (315936) ☐
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               412-430-3594
                               bkgroup@kmllawgroup.com