## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

02/06/2023

IN RE:

JAMES JONES
DEANNE JONES
578 ROUTE 917
SCENERY HILL,  PA  15360
XXX-XX-4153         Debtor(s)

XXX-XX-0534

Case No.18-21950 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
2/6/2023                                        CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**ORION**
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021

NORFOLK, VA 23541

Trustee Claim Number:1   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: WEST PENN PWR/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**PHELAN HALLINAN DIAMOND & JONES LLP**
C/O PMB SSS ACQUISITION
PO BOX 8990

TURNERSVILLE, NJ 08012-8990

Trustee Claim Number:2   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: DEUTSCHE BANK/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**SANTANDER CONSUMER USA D/B/A CHRYSLER**
PO BOX 961278

FT WORTH, TX 76161

Trustee Claim Number:3   INT %: 5.25%
Court Claim Number:3

CLAIM: 11,475.00
COMMENT: $@5.25%/STIP OE*PMT/CONF*11375@4.25%/PL*W/36

CRED DESC: VEHICLE
ACCOUNT NO.: 1508

---

**DEUTSCHE BANK NATIONAL TRUST CO - TRUST**
C/O OCWEN LOAN SERVICING LLC(*)
1661 WORTHINGTON RD STE 100
ATTN CASHIERING DEPT
WEST PALM BEACH, FL 33409

Trustee Claim Number:4   INT %: 0.00%
Court Claim Number:8

CLAIM: 0.00
COMMENT: SURR/PL*80079.09CL*572.26/CL~BGN 6/18

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 6787

---

**ONE MAIN FINANCIAL GROUP LLC(*)**
PO BOX 3251

EVANSVILLE, IN 47731-3251

Trustee Claim Number:5   INT %: 0.00%
Court Claim Number:13-3

CLAIM: 0.00
COMMENT: SURR/PL*AMD CL=$0*W/42

CRED DESC: VEHICLE
ACCOUNT NO.: 0427

---

**PNC BANK NA**
3232 NEWMARK DR

MIAMISBURG, OH 45342

Trustee Claim Number:6   INT %: 0.00%
Court Claim Number:16

CLAIM: 0.00
COMMENT: PMT/DCLAR*DKT4LIMIT*BGN 6/18

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 3748

---

**PA DEPARTMENT OF REVENUE***
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ

HARRISBURG, PA 17128

Trustee Claim Number:7   INT %: 0.00%
Court Claim Number:2

CLAIM: 1,526.91
COMMENT: 6315-0576*4153~17/SCH*$CL-PL@0%/PL

CRED DESC: PRIORITY CREDITOR
ACCOUNT NO.: 0576

---

**AVANT INC**
PO BOX 9183380

CHICAGO, IL 60691

Trustee Claim Number:8   INT %: 0.00%
Court Claim Number:15

CLAIM: 7,908.02
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8258

---

**CAPITAL ONE BANK (USA) NA BY AMERICAN INF**
PO BOX 71083

CHARLOTTE, NC 28272-1083

Trustee Claim Number:9   INT %: 0.00%
Court Claim Number:4

CLAIM: 3,216.74
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9011

---

**CAPITAL ONE BANK (USA) NA BY AMERICAN INF**
PO BOX 71083

CHARLOTTE, NC 28272-1083

Trustee Claim Number:10   INT %: 0.00%
Court Claim Number:5

CLAIM: 1,949.73
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1518

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CBNA**<br>POB 769006<br><br>SAN ANTONIO, TX 78245 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5310 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~WASHINGTON ENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: XB56 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~FASHBUG~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9443 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br><br>DICKSON CITY, PA 18519 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AHN EMRGNCY GRP OF CNSBRG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 03N1 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3050 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SW GSTRNTRLGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9401 |
| **CREDIT PROTECTION ASSOC. LP**<br>3140 W ARROWOOD RD<br><br>CHARLOTTE, NC 28273-0001 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~PEOPLES NATRL GAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8623 |
| **CREDIT PROTECTION ASSOC. LP**<br>3140 W ARROWOOD RD<br><br>CHARLOTTE, NC 28273-0001 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~ATLANTIC BROADBAND/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4296 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~DEPT OF ED~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7735 |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC**<br>C/O QUANTUM 3 GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 297.76<br>COMMENT: CELTIC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0756 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **HSBC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30253 | Court Claim Number: | ACCOUNT NO.: 9201 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 7317 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: NO$~NO YRS~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **MARINER FINANCE LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 8211 TOWN CENTER DR | Court Claim Number:18 | ACCOUNT NO.: 5002 |
| | CLAIM: 1,084.61 | |
| NOTTINGHAM, MD 21236 | COMMENT: 0213/SCH*LOAN DOCS SIGNED@SEAL 2/23/18 | |

| | | |
|---|---|---|
| **PHOENIX FINANCIAL SERVICE** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 361450 | Court Claim Number: | ACCOUNT NO.: 0030 |
| | CLAIM: 0.00 | |
| INDIANAPOLIS, IN 46236-1450 | COMMENT: AHN EMRGNCY GRP OF CNSBRG/SCH | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA**** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 961245 | Court Claim Number: | ACCOUNT NO.: 1000 |
| | CLAIM: 0.00 | |
| FT WORTH, TX 76161-1245 | COMMENT: NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:14 | ACCOUNT NO.: 7305 |
| PO BOX 41031 | | |
| | CLAIM: 8,679.82 | |
| NORFOLK, VA 23541 | COMMENT: LEVIN FRNTR/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 0244 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~LEVIN FRNTR/SCH | |

| | | |
|---|---|---|
| **CONTINENTAL FINANCE** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 8099 | Court Claim Number: | ACCOUNT NO.: 3585 |
| | CLAIM: 0.00 | |
| NEWARK, DE 19714 | COMMENT: TBOM/SCH | |

| | | |
|---|---|---|
| **TD AUTO FINANCE** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 9223 | Court Claim Number: | ACCOUNT NO.: 8005 |
| | CLAIM: 0.00 | |
| FARMINGTON, MI 48333 | COMMENT: NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.: 2822 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR~MEDEXPRESS/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.: 9336 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **WEST PENN POWER*** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY | Court Claim Number:1 | ACCOUNT NO.: 5305 |
| 5001 NASA BLVD | | |
| | CLAIM: 3,618.29 | |
| FAIRMONT, WV 26554 | COMMENT: | |

| | | |
|---|---|---|
| **ATLANTIC BROADBAND*** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 669 E MAIN ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BRADFORD, PA 16701 | COMMENT: | |

| | | |
|---|---|---|
| **MED EXPRESS BILLING++** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| POB 719 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| DELLSLOW, WV 26531 | COMMENT: | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 961278 | Court Claim Number:3 | ACCOUNT NO.: 1508 |
| | CLAIM: 4,657.25 | |
| FT WORTH, TX 76161 | COMMENT: REM BAL AFT/STIP OE*NO GEN UNS/SCH*W/3 | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:6 | ACCOUNT NO.: 4698 |
| | CLAIM: 605.00 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NT/SCH*CANONSBURG GENERAL HOSPITAL | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:7 | ACCOUNT NO.: 0247 |
| | CLAIM: 388.20 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NT/SCH*CANONSBURG GENERAL HOSPITAL | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:9 | ACCOUNT NO.: 8285 |
| | CLAIM: 395.78 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: ACCT NT/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:10 | ACCOUNT NO.: 0001 |
| | CLAIM: 260.97 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NT/SCH | |

**CLAIM RECORDS**

---

**ASHLEY FUNDING SERVICES LLC - ASSIGNEE**  Trustee Claim Number:41  INT %: 0.00%   CRED DESC:  UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS  Court Claim Number:12   ACCOUNT NO.: 3310
PO BOX 10587

CLAIM: 28.00
GREENVILLE, SC  29603-0587  COMMENT:  NT/SCH*LAB CORP

---

**ONE MAIN FINANCIAL GROUP LLC(*)**  Trustee Claim Number:42  INT %: 0.00%   CRED DESC:  UNSECURED CREDITOR
PO BOX 3251  Court Claim Number:13-3   ACCOUNT NO.: 0427

CLAIM: 7,454.68
EVANSVILLE, IN  47731-3251  COMMENT:  NO GEN UNS/SCH*AMD*DEFICIENCY*W/5

---

**DEUTSCHE BANK NATIONAL TRUST CO - TRUST**Trustee Claim Number:43  INT %: 0.00%   CRED DESC:  MORTGAGE ARR.
C/O OCWEN LOAN SERVICING LLC(*)  Court Claim Number:8   ACCOUNT NO.: 6787
1661 WORTHINGTON RD STE 100
ATTN CASHIERING DEPT  CLAIM: 0.00
WEST PALM BEACH, FL  33409  COMMENT:  SURR/PL*18960.67CL*THRU 5/18

---

**PNC BANK NA**  Trustee Claim Number:44  INT %: 0.00%   CRED DESC:  MORTGAGE ARR.
3232 NEWMARK DR  Court Claim Number:16   ACCOUNT NO.: 3748

CLAIM: 213.81
MIAMISBURG, OH  45342  COMMENT:  CL16GOV*$0/PL*THRU 5/18

---

**PEOPLES NATURAL GAS CO LLC***  Trustee Claim Number:45  INT %: 0.00%   CRED DESC:  UNSECURED/LATE FILED
ATTN BANKRUPTCY DEPARTMENT  Court Claim Number:17   ACCOUNT NO.: 1236
375 NORTH SHORE DR

CLAIM: 1,527.67
PITTSBURGH, PA  15212  COMMENT:  NT/SCH

---

**ADVANCE ORTHOPEDIC AND REHAB**  Trustee Claim Number:46  INT %: 0.00%   CRED DESC:  UNSECURED CREDITOR
100 TRICH DT STE 2  Court Claim Number:   ACCOUNT NO.:

CLAIM: 0.00
WASHINGTON, PA  15301  COMMENT:  /AMD F*2-25-20

---

**WILLIAM E CRAIG ESQ**  Trustee Claim Number:47  INT %: 0.00%   CRED DESC:  NOTICE ONLY
MORTON AND CRAIG  Court Claim Number:   ACCOUNT NO.:
110 MARTER AVE STE 301

CLAIM: 0.00
MOORESTOWN, NJ  08057  COMMENT:  SANTANDER/PRAE

---

**BRIDGECREST AUTO FINANCE**  Trustee Claim Number:48  INT %: 0.00%   CRED DESC:  Post Petition Claim (1305)
PO BOX 53087  Court Claim Number:   ACCOUNT NO.: 2701

CLAIM: 0.00
PHOENIX, AZ  85072  COMMENT:  PMT/PL*449.77X 38 REM+2=LMT*BGN 4/20

---

**KML LAW GROUP PC***  Trustee Claim Number:49  INT %: 0.00%   CRED DESC:  NOTICE ONLY
701 MARKET ST STE 5000  Court Claim Number:   ACCOUNT NO.:

CLAIM: 0.00
PHILADELPHIA, PA  19106  COMMENT:  PNC BANK/PRAE