## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **James Jones and** | : | Case No. 18-21950-GLT |
| **Deanne Jones,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Doc. No. 121, 122 |
| **Paul W. McElrath, Esquire /** | : | |
| **McElrath Legal Holdings, LLC,** | : | Hearing Date and Time: |
| Applicant | : | September 6, 2023 at 10:00 AM |
| v. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on August 7, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 24, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>August 25, 2023</u>

By:     /s/ Paul W. McElrath
Paul W. McElrath, Esquire
Attorney for Debtor/Movant
PA I.D. #86220
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
(412) 765-3606