Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James Jones** | : | Case No. 18−21950−GLT |
| **Deanne Jones** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s)*, | : | |
| | : | Related to Document No. 129 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/24/24 at 11:00 AM |
| *Respondent(s)*. | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 27th of November, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 129 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before January 11, 2024**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *January 24, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21950-GLT |
| James Jones | Chapter 13 |
| Deanne Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 27, 2023 | Form ID: 604 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James Jones, 578 Route 917, Scenery Hill, PA 15360-1344 |
| jdb | + | Deanne Jones, 578 Route 917, Scenery Hill, PA 15360-1344 |
| 15204715 | + | Advanced Orthopedics, 100 Trich Drive #2, Washington, PA 15301-5990 |
| 14864772 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 14831655 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14872672 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et. Al., OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM, BEACH FL 33416-4605 |
| 14831659 | + | Hsbc / Aib, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14864790 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 14864795 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 28 2023 00:28:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:31:46 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14882073 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:26 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14831646 | + | Email/Text: bk@avant.com | Nov 28 2023 00:28:00 | Avant Llc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 14831647 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:31:51 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14831667 | | Email/Text: cfcbackoffice@contfinco.com | Nov 28 2023 00:27:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14865379 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 01:11:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14831648 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2023 00:31:46 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14831649 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 28 2023 00:28:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14831650 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 28 2023 00:28:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14831651 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 28 2023 00:27:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14831652 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 28 2023 00:27:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14831653 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 28 2023 00:28:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14831654 | + | Email/Text: ccusa@ccuhome.com | Nov 28 2023 00:26:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14831656 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:28:00 | Dept Of Ed/582/nelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14831657 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:28:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14831658 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 28 2023 00:28:00 | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14864788 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 28 2023 00:27:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14831660 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 28 2023 00:27:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14882213 | | Email/PDF: cbp@omf.com | Nov 28 2023 00:42:48 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14831661 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 28 2023 00:27:00 | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14831662 | + | Email/PDF: cbp@omf.com | Nov 28 2023 00:31:36 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14864794 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 28 2023 00:28:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14831663 | | Email/Text: info@phoenixfinancialsvcs.com | Nov 28 2023 00:26:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 14885113 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2023 00:26:00 | PNC Bank, N.A., Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14831664 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2023 00:26:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14831802 | | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2023 00:31:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14858708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 28 2023 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14885970 | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2023 00:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14864798 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 28 2023 00:27:00 | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 14879531 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2023 00:27:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14871107 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2023 00:27:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14831665 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 28 2023 00:28:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14831666 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 28 2023 00:55:27 | Syncb/levin Furniture, C/o Po Box 965036, |

Case 18-21950-GLT    Doc 131    Filed 11/29/23    Entered 11/30/23 00:30:51    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: 604 | Total Noticed: 49 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0001 |
| 14883756 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:31:46 | Synchrony Bank, c/o AIS InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14831668 | + | Email/Text: jaxbanko@td.com | Nov 28 2023 00:26:00 | Td Auto Fin, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14831669 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 28 2023 00:28:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14876823 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:53:46 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14831670 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 28 2023 00:28:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14851126 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 28 2023 00:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, et al |
| cr | | PNC Bank, NA |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14864773 | *+ | Avant Llc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 14864774 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14859974 | *+ | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14864801 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14864775 | *+ | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14864776 | *+ | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14864777 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14864778 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14864779 | *+ | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14864780 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14864781 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14864782 | * | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14864783 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14864784 | *+ | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14864785 | *+ | Hsbc / Aib, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14864787 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14864786 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14864789 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14885992 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14959929 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14959930 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14864792 | *+ | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14864793 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14864796 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 14864797 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14864799 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14864800 | *+ | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14864802 | *+ | Td Auto Fin, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14864803 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14864804 | * | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14864791 | ##+ | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 27, 2023 | Form ID: 604 | Total Noticed: 49 |

TOTAL: 3 Undeliverable, 32 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Plaintiff James Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Plaintiff Deanne Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Deanne Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor James Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC Bank NA pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Deutsche Bank National Trust Company et al pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |
| William E. Craig | on behalf of Defendant Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13