**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMES JONES | Case No.:18-21950 |
| DEANNE JONES | |
| Debtor(s) | Chapter 13 |
| | |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/12/2018 and confirmed on 8/1/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 78,399.00 |
| Less Refunds to Debtor | 1,683.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,715.09 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,950.00 | |
|    Trustee Fee | 3,600.09 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,550.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6787 | | | | |
|   PNC BANK NA | 0.00 | 33,167.75 | 0.00 | 33,167.75 |
|     Acct: 3748 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6787 | | | | |
|   PNC BANK NA | 213.81 | 213.81 | 0.00 | 213.81 |
|     Acct: 3748 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 11,475.00 | 11,475.00 | 1,656.06 | 13,131.06 |
|     Acct: 1508 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0427 | | | | |
| | | | | 46,512.62 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES JONES | 1,683.91 | 1,683.91 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX7/23 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,526.91 | 1,526.91 | 0.00 | 1,526.91 |
|     Acct: 0576 | | | | |
|   BRIDGECREST AUTO FINANCE | 0.00 | 17,990.80 | 0.00 | 17,990.80 |
|     Acct: 2701 | | | | |
| | | | | 19,517.71 |
| **Unsecured** | | | | |
|   AVANT INC | 7,908.02 | 416.36 | 0.00 | 416.36 |

18-21950                                                                                                        Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8258 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,216.74 | 169.36 | 0.00 | 169.36 |
| Acct: 9011 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,949.73 | 102.65 | 0.00 | 102.65 |
| Acct: 1518 | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5310 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XB56 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9443 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 03N1 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3050 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9401 | | | | |
| CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8623 | | | | |
| CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4296 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7735 | | | | |
| QUANTUM3 GROUP LLC - AGENT GPCC I | 297.76 | 15.68 | 0.00 | 15.68 |
| Acct: 0756 | | | | |
| HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9201 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARINER FINANCE LLC | 1,084.61 | 57.10 | 0.00 | 57.10 |
| Acct: 5002 | | | | |
| PHOENIX FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0030 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SYNCHRONY BANK | 8,679.82 | 456.99 | 0.00 | 456.99 |
| Acct: 7305 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0244 | | | | |
| CONTINENTAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3585 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8005 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2822 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9336 | | | | |
| WEST PENN POWER* | 3,618.29 | 190.50 | 0.00 | 190.50 |
| Acct: 5305 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR\ | 4,657.25 | 245.20 | 0.00 | 245.20 |
| Acct: 1508 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 605.00 | 31.85 | 0.00 | 31.85 |
| Acct: 4698 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 388.20 | 20.44 | 0.00 | 20.44 |
| Acct: 0247 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 395.78 | 20.84 | 0.00 | 20.84 |
| Acct: 8285 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 260.97 | 13.74 | 0.00 | 13.74 |
| Acct: 0001 | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | 28.00 | 1.47 | 0.00 | 1.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3310 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 7,454.68 | 392.49 | 0.00 | 392.49 |
| Acct: 0427 | | | | |
| ADVANCE ORTHOPEDIC AND REHAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,527.67 | 0.00 | 0.00 | 0.00 |
| Acct: 1236 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,134.67 |

TOTAL PAID TO CREDITORS                                                                                         68,165.00

TOTAL CLAIMED
PRIORITY        1,526.91
SECURED        11,688.81
UNSECURED      42,072.52

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES JONES
DEANNE JONES
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21950

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21950-GLT |
| James Jones | Chapter 13 |
| Deanne Jones | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James Jones, 578 Route 917, Scenery Hill, PA 15360-1344 |
| jdb | + | Deanne Jones, 578 Route 917, Scenery Hill, PA 15360-1344 |
| 15204715 | + | Advanced Orthopedics, 100 Trich Drive #2, Washington, PA 15301-5990 |
| 14864772 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 14831655 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14872672 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et. Al., OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM, BEACH FL 33416-4605 |
| 14831659 | + | Hsbc / Aib, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14864790 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 14864795 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 28 2023 00:28:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:42:46 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14882073 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:35 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14831646 | + | Email/Text: bk@avant.com | Nov 28 2023 00:28:00 | Avant Llc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 14831647 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:42:12 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14831667 | | Email/Text: cfcbackoffice@contfinco.com | Nov 28 2023 00:27:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14865379 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 01:11:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14831648 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2023 00:31:48 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14831649 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 28 2023 00:28:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |

Case 18-21950-GLT    Doc 132    Filed 11/29/23    Entered 11/30/23 00:30:51    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 14831650 | + Email/Text: bankruptcy@firstenergycorp.com | Nov 28 2023 00:28:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14831651 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 28 2023 00:27:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14831652 | + Email/Text: commonwealth@ebn.phinsolutions.com | Nov 28 2023 00:27:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14831653 | + Email/Text: bankruptcy_notifications@ccsusa.com | Nov 28 2023 00:28:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14831654 | + Email/Text: ccusa@ccuhome.com | Nov 28 2023 00:26:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14831656 | + Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:28:00 | Dept Of Ed/582/nelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14831657 | + Email/Text: electronicbkydocs@nelnet.net | Nov 28 2023 00:28:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14831658 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 28 2023 00:28:00 | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14864788 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 28 2023 00:27:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14831660 | + Email/Text: bankruptcy@marinerfinance.com | Nov 28 2023 00:27:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14882213 | Email/PDF: cbp@omf.com | Nov 28 2023 01:11:26 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14831661 | + Email/Text: BKEBN-Notifications@ocwen.com | Nov 28 2023 00:27:00 | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14831662 | + Email/PDF: cbp@omf.com | Nov 28 2023 00:53:53 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14864794 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 28 2023 00:28:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14831663 | Email/Text: info@phoenixfinancialsvcs.com | Nov 28 2023 00:26:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 14885113 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2023 00:26:00 | PNC Bank, N.A., Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14831664 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2023 00:26:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14831802 | + Email/PDF: rmscedi@recoverycorp.com | Nov 28 2023 00:31:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14858708 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 28 2023 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14885970 | + Email/Text: ebnpeoples@grblaw.com | Nov 28 2023 00:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14864798 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 28 2023 00:27:00 | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 14879531 | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2023 00:27:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14871107 | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2023 00:27:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14831665 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 28 2023 00:28:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14831666 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 28 2023 00:31:20 | Syncb/levin Furniture, C/o Po Box 965036, |

Case 18-21950-GLT    Doc 132    Filed 11/29/23    Entered 11/30/23 00:30:51    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | Bypass | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0001 |
| 14883756 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:31:26 | Synchrony Bank, c/o AIS InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14831668 | + | Email/Text: jaxbanko@td.com | Nov 28 2023 00:26:00 | Td Auto Fin, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14831669 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 28 2023 00:28:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14876823 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:55:19 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14831670 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 28 2023 00:28:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14851126 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 28 2023 00:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, et al |
| cr | | PNC Bank, NA |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14864773 | *+ | Avant Llc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 14864774 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14859974 | *+ | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14864801 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14864775 | *+ | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14864776 | *+ | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14864777 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14864778 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14864779 | *+ | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14864780 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14864781 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14864782 | * | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14864783 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14864784 | *+ | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14864785 | *+ | Hsbc / Aib, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14864787 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14864786 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14864789 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14885992 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14959929 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14959930 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14864792 | *+ | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14864793 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14864796 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 14864797 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14864799 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14864800 | *+ | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14864802 | *+ | Td Auto Fin, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14864803 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14864804 | * | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14864791 | ##+ | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 49 |

TOTAL: 3 Undeliverable, 32 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 29, 2023              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Plaintiff James Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Plaintiff Deanne Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Deanne Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor James Jones ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC Bank NA pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Deutsche Bank National Trust Company et al pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |
| William E. Craig | on behalf of Defendant Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13