| **Information to identify the case:** | |
|---|---|
| Debtor 1    James Jones <br> *First Name    Middle Name    Last Name* | Social Security number or ITIN    xxx–xx–4153 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2    Deanne Jones <br> (Spouse, if filing)    *First Name    Middle Name    Last Name* | Social Security number or ITIN    xxx–xx–0534 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number:    18–21950–GLT | |

# Order of Discharge      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

     James Jones                        Deanne Jones

     <u>1/12/24</u>                              **By the court:** <u>Gregory L Taddonio</u>
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

     ♦ debts that are domestic support obligations;

     ♦ debts for most student loans;

     ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                               **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21950-GLT |
| James Jones | Chapter 13 |
| Deanne Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James Jones, 578 Route 917, Scenery Hill, PA 15360-1344 |
| jdb | + | Deanne Jones, 578 Route 917, Scenery Hill, PA 15360-1344 |
| 15204715 | + | Advanced Orthopedics, 100 Trich Drive #2, Washington, PA 15301-5990 |
| 14864772 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 14831655 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14872672 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et. Al., OCWEN LOAN SERVICING, LLC, Bankruptcy Department, P.O. BOX 24605, WEST PALM, BEACH FL 33416-4605 |
| 14831659 | + | Hsbc / Aib, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14864790 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 14864795 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 13 2024 04:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2024 00:00:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | EDI: AIS.COM | Jan 13 2024 04:47:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14882073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 23:57:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14831646 | + | Email/Text: bk@avant.com | Jan 13 2024 00:01:00 | Avant Llc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 14831647 | | EDI: CAPITALONE.COM | Jan 13 2024 04:47:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

| Recipient ID | | Delivery Method | Date | Recipient |
|---|---|---|---|---|
| 14831667 | | Email/Text: cfcbackoffice@contfinco.com | Jan 12 2024 23:59:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14865379 | | EDI: CAPITALONE.COM | Jan 13 2024 04:47:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14831648 | + | EDI: CITICORP | Jan 13 2024 04:47:00 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14831649 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2024 00:00:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14831650 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 13 2024 00:00:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14831651 | + | EDI: WFNNB.COM | Jan 13 2024 04:47:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14831652 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jan 12 2024 23:59:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14831653 | + | EDI: CCS.COM | Jan 13 2024 04:47:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14831654 | + | EDI: CCUSA.COM | Jan 13 2024 04:47:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14831656 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 13 2024 00:00:00 | Dept Of Ed/582/nelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14831657 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 13 2024 00:00:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14831658 | + | EDI: PHINGENESIS | Jan 13 2024 04:47:00 | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14864788 | + | EDI: IRS.COM | Jan 13 2024 04:47:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14831660 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 12 2024 23:59:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14882213 | | EDI: AGFINANCE.COM | Jan 13 2024 04:47:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14831661 | + | EDI: LCIPHHMRGT | Jan 13 2024 04:47:00 | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14831662 | + | EDI: AGFINANCE.COM | Jan 13 2024 04:47:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14864794 | | EDI: PENNDEPTREV | Jan 13 2024 04:47:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14864794 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14831663 | | Email/Text: info@phoenixfinancialsvcs.com | Jan 12 2024 23:59:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 14885113 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | PNC Bank, N.A., Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14831664 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 23:59:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14831802 | + | EDI: PRA.COM | Jan 13 2024 04:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14858708 | | EDI: PENNDEPTREV | Jan 13 2024 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14858708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14885970 | + | Email/Text: ebnpeoples@grblaw.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 12 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14864798 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 12 2024 23:59:00 | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 14879531 | | EDI: Q3G.COM | Jan 13 2024 04:47:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14871107 | | EDI: Q3G.COM | Jan 13 2024 04:47:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14831665 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2024 00:00:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14831666 | + | EDI: SYNC | Jan 13 2024 04:47:00 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14883756 | + | EDI: AIS.COM | Jan 13 2024 04:47:00 | Synchrony Bank, c/o AIS InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14831668 | + | EDI: LCITDAUTO | Jan 13 2024 04:47:00 | Td Auto Fin, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14831669 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 13 2024 00:01:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14876823 | | EDI: AIS.COM | Jan 13 2024 04:47:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14831670 | | Email/Text: bankruptcy@firstenergycorp.com | Jan 13 2024 00:00:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14851126 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 13 2024 00:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, et al |
| cr | | PNC Bank, NA |
| cr | | PNC Bank, National Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14864773 | *+ | Avant Llc, 222 N. Lasalle Suite 170, Chicago, IL 60601-1003 |
| 14864774 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14859974 | *+ | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14864801 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14864775 | *+ | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14864776 | *+ | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14864777 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14864778 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14864779 | *+ | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14864780 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14864781 | *+ | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14864782 | * | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14864783 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14864784 | *+ | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14864785 | *+ | Hsbc / Aib, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14864787 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14864786 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 50 |

| | | |
|---|---|---|
| 14864789 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14885992 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14959929 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14959930 | * | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14864792 | *+ | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14864793 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14864796 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 14864797 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14864799 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14864800 | *+ | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14864802 | *+ | Td Auto Fin, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14864803 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14864804 | * | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 14864791 | ##+ | Med Express Billing, PO Box 719, Dellslow, WV 26531-0719 |

TOTAL: 3 Undeliverable, 33 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024                             Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Plaintiff James Jones ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Plaintiff Deanne Jones ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Deanne Jones ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor James Jones ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank  NA pawb@fedphe.com |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Jan 12, 2024 | Form ID: 3180W | Total Noticed: 50

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company  et al pawb@fedphe.com

William E. Craig
    on behalf of Defendant Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13