**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　JAMES JONES<br>　　DEANNE JONES<br>　　　　　Debtor(s) | Case No. 18-21950GLT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 05/12/2018.

　　2)　The plan was confirmed on 08/01/2018.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/16/2018, 06/13/2019, 07/07/2020.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5)　The case was completed on 05/19/2023.

　　6)　Number of months from filing or conversion to last payment: 60.

　　7)　Number of months case was pending: 68.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted: $7,250.00.

　　10)　Amount of unsecured claims discharged without full payment: $43,910.85.

　　11)　All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $78,399.00 |
| Less amount refunded to debtor | $1,683.91 |
| **NET RECEIPTS:** | **$76,715.09** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,950.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,600.09 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,550.09** |
| Attorney fees paid and disclosed by debtor: | $300.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE ORTHOPEDIC AND REHAB | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC - A | Unsecured | NA | 28.00 | 28.00 | 1.47 | 0.00 |
| AVANT INC | Unsecured | 8,335.00 | 7,908.02 | 7,908.02 | 416.36 | 0.00 |
| BRIDGECREST AUTO FINANCE | Priority | NA | NA | NA | 17,990.80 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | NA | 395.78 | 395.78 | 20.84 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 3,216.00 | 3,216.74 | 3,216.74 | 169.36 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,949.00 | 1,949.73 | 1,949.73 | 102.65 | 0.00 |
| CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYST | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC. LP | Unsecured | 1,063.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC. LP | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 58,051.00 | 80,079.09 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 0.00 | 18,960.67 | 0.00 | 0.00 | 0.00 |
| HSBC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARINER FINANCE LLC | Unsecured | 1,052.00 | 1,084.61 | 1,084.61 | 57.10 | 0.00 |
| NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(* | Unsecured | 0.00 | 7,454.68 | 7,454.68 | 392.49 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(* | Secured | 13,828.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 1,526.91 | 1,526.91 | 1,526.91 | 1,526.91 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 1,527.67 | 1,527.67 | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERVICE++ | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Secured | 0.00 | 213.81 | 213.81 | 213.81 | 0.00 |
| PNC BANK NA | Secured | 53,697.00 | 48,686.81 | 0.00 | 33,167.75 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GP | Unsecured | 248.00 | 297.76 | 297.76 | 15.68 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | NA | 605.00 | 605.00 | 31.85 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | NA | 388.20 | 388.20 | 20.44 | 0.00 |
| SANTANDER CONSUMER USA D/B/A | Unsecured | 0.00 | 4,557.25 | 4,657.25 | 245.20 | 0.00 |
| SANTANDER CONSUMER USA D/B/A | Secured | 16,132.25 | 11,575.00 | 11,475.00 | 11,475.00 | 1,656.06 |
| SANTANDER CONSUMER USA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 8,679.00 | 8,679.82 | 8,679.82 | 456.99 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 260.97 | 260.97 | 13.74 | 0.00 |
| WEST PENN POWER* | Unsecured | 3,618.00 | 3,618.29 | 3,618.29 | 190.50 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $33,167.75 | $0.00 |
| Mortgage Arrearage | $213.81 | $213.81 | $0.00 |
| Debt Secured by Vehicle | $11,475.00 | $11,475.00 | $1,656.06 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,688.81** | **$44,856.56** | **$1,656.06** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,526.91 | $19,517.71 | $0.00 |
| **TOTAL PRIORITY:** | **$1,526.91** | **$19,517.71** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$42,072.52** | **$2,134.67** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,550.09 |
| Disbursements to Creditors | $68,165.00 |
| **TOTAL DISBURSEMENTS:** | **$76,715.09** |

**UST Form 101-13-FR-S (09/01/2009)**

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/19/2024                  By: /s/ Ronda J. Winnecour
                                                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**